1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    ROD ANTHONY HUFF,                    Case No. 1:21-cv-01387 JLT (PC)

12              Plaintiff,

                                           **ORDER TRANSFERRING CASE TO THE**
13         v.                              **CENTRAL DISTRICT OF CALIFORNIA**

14    RICHARD OWEN KAYE, et al.,

15              Defendant.

16

17         Plaintiff, a state prisoner proceeding *pro se*, has filed a civil rights action under 42 U.S.C.

18   § 1983.  The federal venue statute requires that a civil action, other than one based on diversity

19   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

20   defendants are residents of the State in which the district is located, (2) a judicial district in which

21   a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part

22   of the property that is the subject of the action is situated, or (3) if there is no district in which an

23   action may otherwise be brought as provided in this section, any judicial district in which any

24   defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. §

25   1391(b).

26         None of the defendants named in this action reside in this district. The claim arose in Los

27   Angeles County, which is in the Central District of California. Therefore, plaintiff's claim should

28   have been filed in the United States District Court for the Central District of California. In the

interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. *See* 28 U.S.C. § 1406(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974). Accordingly, the Court **ORDERS** that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated:   **September 23, 2021**           **/s/ Jennifer L. Thurston**
                                        CHIEF UNITED STATES MAGISTRATE JUDGE